UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW KELLER,

      Plaintiff,

    v.

EBAY HEALTH & WELFARE BENEFITS PLAN,

      Defendant.

Case No. 26-cv-02622-JSC

**PRETRIAL ORDER NO. 1: CASE SCHEDULE**

Following the initial case management conference held on July 1, 2026, the Court ORDERS the following deadlines:

| | |
|---|---|
| Defendants' Production of Complete Administrative Record: | August 28, 2026 |
| Deadline to move/stipulate amend pleadings: | September 30, 2026 |
| Close of Fact Discovery (if needed): | February 1, 2027 |
| Filing of Standard of Review Motions (if needed): | March 1, 2027 |
| Rule 52 Cross-Motions for Judgment: | April 15, 2027 |
| Oppositions to Rule 52 Motions: | May 13, 2027 |
| Hearing on Rule 52 Motions: | June 3, 2027 at 10 a.m. |

The parties are referred to the Northern District of California's Alternative Dispute Resolution program for a mediation to occur by December 31, 2026. The Court will hold a further case management conference on January 13, 2026 at 2 pm via Zoom video. An updated statement is due one week in advance.

//

//

//

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: July 1, 2026

_____
JACQUELINE SCOTT CORLEY
United States District Judge